UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| JOSEPHA W. AUSTIN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY;<br>BAYER CROPSCIENCE L.P.;<br>SOLUTIA, INC.; PHARMACIA, L.L.C.;<br>PHARMACIA, INC.; and<br>PHARMACIA CORP.,<br><br>        Defendants. | Case No. 2:23-CV-00272-WKS |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on October 2, 2024, **Defendants' Amended Initial Disclosures** were served by e-mail on the following:

    William Leckerling (wmleckerling@leck-law.com)
    Leckerling Law, PLLC
    998 South Main Street
    Stowe, VT 05672

    Christopher J. Maley (chris@maleyandmaley.com)
    Maley and Maley, PLLC
    30 Main Street, Suite 450
    P.O. Box 443
    Burlington, VT 05402-0443

    Wylie Blair (blair@onderlaw.com)
    Patrick McMurtray (pmcmurtray@onderlaw.com)
    OnderLaw, LLC
    110 E. Lockwood, 2nd Floor
    St. Louis, MO 63119

      T. Roe Frazer II (roe@frazer.law)
      Thomas Roe Frazer III (trey@frazer.law)
      James Grant LaBar (grant@frazer.law)
      Frazer PLC
      30 Burton Hills Boulevard, Suite 450
      Nashville, TN 37215

DATED at Burlington, Vermont this 2nd day of October 2024.

                                       Respectfully submitted,

                                       /s/ Nicole Andreson
                                       Nicole Andreson
                                       Angela R. Clark
                                       Dinse P.C.
                                       209 Battery Street
                                       P.O. Box 988
                                       Burlington, Vermont 05402
                                       (802) 864-5751
                                       nandreson@dinse.com
                                       aclark@dinse.com

                                       Counsel for Defendants